BC

RECEIVED
2/7/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BI

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Carmen (Carmelo) Pinnavaria ) | Case Number: |
| on behalf of We the People ) | Judge: |
| Plaintiff's ) | Magistrate Judge: |
| v. ) | 1:25-cv-01368 |
| Commander-in-chief President Mr. D. Trump ) | Judge Lindsay C. Jenkins |
| Entrepreneur Mr. Elon Musk and others ) | Magistrate Judge Maria Valdez |
| The White House, 1600 Pennsylvania Ave. ) | Random/Cat. 1 |
| NW, Washington, DC 20500 ) | |
| Defendant's ) | |

*******************************************

## Complaint and Charges

*NOW COMES* pro se Carmen (Carmelo) Pinnavaria, on behalf of We the People of the United States of America, to petition this Honorable Court for a Motion to rescind the executive orders issued and to request a Restraining Order against the President of the United States, effective from January 20, 2025, and for all future orders, until a comprehensive investigation is conducted with due diligence. We demand **"We the poeple"** the immediate appointment of a special committee to represent the interests of the people and safeguard our legal rights under the Constitution.

1) The Plaintiff has decisively filed charges against the President of the United States, Mr. D. Trump, and the influential entrepreneur Elon Musk, citing negligent, reckless conduct. Their irresponsible actions have ignited a global trade war, unleashing a wave of economic instability that threatens to undermine essential societal structures and inflict profound harm on

our civilization.

2) The Plaintiff, acting as a concerned citizen and in the name of We the People, accuses the Commander-in-chief of undermining the principles enshrined in our Constitution. These principles include freedom, equality, justice for all, the right to free expression, and the right to due process, all protected under the Bill of Rights. The Commander-in-chief, President Mr. D. Trump, was elected and entrusted to uphold these values by the very citizens who voted him into office, with the expectation that he would govern in a manner that protects and preserves the Constitution. *"I do solemnly swear that I will faithfully execute the Office of President of the United States, and will to the best of my ability, preserve, protect and defend the Constitution of the United States."*

3. The Constitution has been the cornerstone and pillar of this great country and is the world's envy. It establishes the framework for our government, protects individual rights, and ensures justice for all citizens. However, it faces challenges that test its resilience and relevance in today's rapidly changing society. These challenges allow us to engage in meaningful discussions about strengthening our democracy and upholding the values enshrined in this foundational document. Through informed dialogue and active participation, we can work towards a more inclusive and robust interpretation of our Constitution, ensuring that it continues to serve as a guiding principle for future generations.

****************************************

## The Constitution under Siege

**I.** Written in 1787, ratified in 1788, and in operation since 1789, the United States Constitution is the world's longest surviving written charter of government. Its first three words – **"We the People"** – affirm that the government of the United States exists to serve its citizens. The supremacy of the people through their elected representatives is recognized in Article I, which creates a Congress consisting of a Senate and a House of Representatives. The positioning

of Congress at the beginning of the Constitution affirms its status as the "First Branch" of the federal government.

**II.** The Constitution assigned to Congress responsibility for organizing the executive and judicial branches, raising revenue, declaring war, and making all laws necessary for executing these powers. *The president is permitted to veto specific legislative acts, but Congress has the authority to override presidential vetoes by two-thirds majorities of both houses. The Constitution also provides that the Senate advise and consent on key executive and judicial appointments and on the approval for ratification of treaties.*

### *Civil liberties and the Bill of Rights*

The federal government is obliged by many constitutional provisions to respect the individual citizen's basic rights. Some civil liberties were specified in the original document, notably in the provisions guaranteeing the writ of habeas corpus and trial by jury in criminal cases (Article III,

Section 2) and forbidding bills of attainder and ex post facto laws (Article I, Section 9). But the most significant limitations to government's power over the individual were added in 1791 in the Bill of Rights. The Constitution's First Amendment guarantees the rights of conscience, such as freedom of religion, speech, and the press, and the right of peaceful assembly and petition. Other guarantees in the Bill of Rights require fair procedures for persons accused of a crime—such as protection against unreasonable search and seizure, compulsory self-incrimination,

> **First Amendment:** Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the ***right of the people peaceably to assemble,*** and to petition the Government for a redress of grievances.
>
> **Right to Assemble / Right to Petition**
>
> **a.** The right to assemble allows people to gather for peaceful and lawful purposes.
>
> **b.** The government may prohibit people from knowingly associating with groups that engage in and promote ***illegal*** activities.
>
> **c.** The right to petition the government for a redress of grievances guarantees people the right to ask the government to provide relief for a wrong through ***litigation*** or other governmental action. It works with the right of assembly by allowing people to join together and seek change from the government.

3

**Fourteenth Amendment**

**Section 1** All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

****************************************

**4)** As of January 20, 2025, and continuing to the present date, the Commander-in-chief, President Mr. D. Trump, has unmistakably violated his oath of office to protect and defend the Constitution of the United States by taking punitive action against individuals who do not align with his opinions. The President has illegally empowered Entrepreneur Mr. Elon Musk into restructuring the government under the Department of Government Efficiency (DOGE) slashing the government's annual budget by at least $1 trillion and reduce regulations, though it lacks the direct authority to implement such changes. He has put under siege the U.S. Agency for International Development's director of security and his deputy were placed on administrative leave Saturday after they tried to prevent employees from the Department of Government Efficiency from accessing secure USAID systems without proper investigations and due diligence.

**5)** The Plaintiff, acting as a concerned citizen and in the name of We the People, accuses The Commander-in-chief attacked the Diversity Equity Initiative (DEI) program and others organizations that are part of our society.

**6)** The Plaintiff accuses the Commander-in-chief of retaliation for all FBI employees that participated in the investigations of January 6, 2021, in the attack of the Capital in violation of the rights of due process. He incorrectly stated that the 2020 election was not merely stolen: it

was meticulously rigged, deeply undermining the integrity of our democratic process. Despite the gravity of these accusations, no concrete evidence has ever been presented to substantiate these claims. On January 6, 2021, during the attack on the Capitol, Mr. Trump actively incited and participated in efforts to undermine and overturn the electoral process of our democracy. The pardon granted to individuals involved in the violent attack on the Capitol—a day marked by tragedy, with the loss of lives and the threat to the democratic process—stands as a troubling paradox. It is presented as protecting our democracy, but this pardon represents an alarming act of terrorism, a blatant abuse of power, and a disturbing assertion of being above the law.

**Jan. 6 defendant says Trump's blanket pardon covers conspiracy to kill FBI agents**

Jan. 6 defendant says Trump's blanket pardon covers conspiracy to kill FBI agents

  **7)** The Plaintiff accuses President Mr. D. Trump made Mr. Elon Musk, head of the Department of Government Efficiency, a *'Special Government Employee'* at the White House.

  The Plaintiff petition for leave in a Motion to investigate the role Mr. Elon Musk, as a *'Special Government Employee'* since it is a director in both private and publicly traded corporations raise significant concerns about dual remuneration, potential abuses of government power, and inherent conflicts of interest. To uphold the highest standards of transparency and ethics, government employees must be strictly prohibited from exploiting their official roles for personal gain in private enterprises. This is essential to maintain the integrity of both sectors and ensure accountability.

**Jim Chanos Blasts Tesla's Billion-Dollar Subsidies As Cybertruck Secures $7,500 Incentive After Elon Musk's Call To Shut Down USAID** Jim Chanos Blasts Tesla's Billion-Dollar Subsidies As Cybertruck Secures $7,500 Incentive After Elon Musk's Call To Shut Down USAID

  **8)** The Plaintiff petition for leave in a Motion to investigate **the role Mr. Elon Musk, egregiously violating** Miranda rights, engaging in racial profiling, and infringing upon the Bill of Rights concerning the right to due process, whether are in this country illegally.

JPMorgan to BlackRock: The 15 financial firms that file the most H-1B immigrant work visas

[From JPMorgan to BlackRock: The 15 financial firms that file the most H-1B immigrant work visas](#)

9) The Plaintiff firmly accuses President Mr. D. Trump and Mr. Elon Musk of extraordinary and unprecedented move to unilaterally shutter a federal agency without congressional approval and infringements abuse of power.

10) The Plaintiff petition for leave in a Motion to investigate **the creation of a new sovereign wealth fund,** which he signed an executive order to establish, that could potentially be used to buy TikTok for his benefit and others in his administration.

11) The Plaintiff petition for leave in a Motion to investigate **the Teachers Union Leader Suggests** Without Evidence That Trump Is Pulling Student Funding To Pay 'Billionaires'

[Teachers Union Leader Suggests Without Evidence That Trump Is Pulling Student Funding To Pay 'Billionaires'](#)

12) The Plaintiff petition for leave in a Motion to investigate Trump's **"Drill, Baby, Drill" Strategy Faces Pushback from U.S. Oil Giants**

[Trump's "Drill, Baby, Drill" Strategy Faces Pushback from U.S. Oil Giants](#)

13) The Plaintiff petition for leave in a Motion to investigate **Trump's is Deleting the Data That Keeps This Country Running**

[Trump Is Deleting the Data That Keeps This Country Running](#)

14) The Plaintiff petition for leave in a Motion to investigate **"People should be freaking out': Expert flags trick** Trump using to shield Musk from law.

['People should be freaking out': Expert flags trick Trump using to shield Musk from law](#)

15) The Plaintiff petition for leave in a Motion to investigate **Russia Opens Its Currency Market to Mexico in a Global Economic Shake-Up**

[Russia Opens Its Currency Market to Mexico in a Global Economic Shake-Up](#)

15) The Plaintiff petition for leave in a Motion to investigate **Donald Trump executive order to send trans women to men's prison**

16) The Plaintiff petition for leave in a Motion to investigate **US top diplomat Rubio backs Trump plan on US takeover of Gaza**

[US top diplomat Rubio backs Trump plan on US takeover of Gaza](#)

17) The Plaintiff petition for leave in a Motion to investigate **Trump's Gaza proposal for 'Riviera of the Middle East' sparks global condemnation**

[Trump's Gaza proposal for 'Riviera of the Middle East' sparks global condemnation | Reuters](#)

18) The Plaintiff petition for leave in a Motion to investigate **Trump Says High-Speed Rail Isn't Needed Because 'You Take an Airplane – It Costs You $2'**

- resident **Donald Trump** said his administration will investigate a high-speed rail project in California that, if completed, would connect San Francisco and Los Angeles with several stops along the way. Trump said a railway project isn't necessary because, according to him, a plane ticket can be purchased for $2.

The president took questions in the Oval Office while signing a new string of executive orders. One reporter asked about the havoc being caused by **Elon Musk** at various government agencies after Trump appointed him to lead the "Department of Government Efficiency."

19) The Plaintiff petition for leave in a Motion to investigate **The White House Is Reportedly Planning Executive** Order to Abolish the Department of Education

[The White House Is Reportedly Planning Executive Order to Abolish the Department of Education - NewsBreak](#)

19) The Plaintiff petition for leave in a Motion to investigate Migrants Nabbed in Trump's Raids Have Been Released Back Into U.S. Already Crucially, ICE detention facilities are lacking enough space to carry out a program of the scale Trump envisions.

But the Trump administration has plans in the works to ramp up detention capabilities and

increase the number of deportations it can carry out. Just last week, the president announced a plan to turn Guantanamo Bay Detention Center into a migrant holding facility with up to 30,000 beds. "Most people don't even know that we have 30,000 beds in Guantanamo to detain the worst criminal illegal aliens threatening the American people. Crucially, ICE detention facilities are lacking enough space to carry out a program of the scale Trump envisions.

20) The Plaintiff petition for leave in a Motion to investigate **And there is a lot of money on the table. The ESA said in January that** "total videogame sales" hit $58.7 billion in 2024; most of that was "videogame content," but hardware and console sales

Gaming's largest lobbying group says Trump's tariffs 'would negatively impact hundreds of millions of Americans' and do serious damage to the videogame industry - MSN

21) The Plaintiff petition for leave in a Motion to investigate The General Services Administration (GSA) reportedly sent out notice on Tuesday that it plans to sell half of the federal property it manages—a move that appears to contradict Donald Trump's and Elon Musk's plans to get federal employees to return to in-person work in the office.

Donald Trump to Sell Off Half of All Federal Property: What to Know

22) The Plaintiff petition for leave in a Motion to investigate **Shortly after Trump was sworn in for a second term as president on Jan. 20,** he signed several executive orders focused on immigration, such as increasing border security and limiting birthright citizenship.

One executive order even reinstates the "enhanced vetting" of visa applicants, which was enforced during Trump's first term as president but was paused under the Biden administration. This includes increased workplace raids and I-9 audits conducted by U.S. Immigration Customs and Enforcement (ICE) and Homeland Security investigations. Trump is pushing to drastically shrink the size of the federal government, signing an executive order that imposed a 90-day

hiring freeze on federal agencies—with the exception of military personnel of the armed forces or roles linked to immigration enforcement, national security and public safety—and offering incentives to federal workers to quit their jobs.

In an email sent to federal workers late last month, the Trump administration asked almost all government employees to decide by February 6 whether they want to resign and receive payment for eight months. The move was strongly condemned by the American Federation of Government Employees (AFGE), who said it created "chaos for the Americans who depend on a functioning federal government." GSA regional managers last week received messages from the agency's headquarters in Washington directing them to terminate the leases on all of the roughly 7,500 federal offices across the country, the Associated Press reported.

23) The Plaintiff petition for leave in a Motion to investigate **Trump may very well have gotten the U.S. into another war':**

'Trump may very well have gotten the U.S. into another war': MSNBC reporter in Tel Aviv

24) The Plaintiff petition for leave in a Motion to investigate **Trump administration evicts former Coast Guard leader from her house with 3 hours notice**

Trump administration evicts former Coast Guard leader from her house with 3 hours notice

25) The Plaintiff petition for leave in a Motion to investigate **DOGE enters NOAA, raising Democratic fears it will be dismantled.**

DOGE enters NOAA, raising Democratic fears it will be dismantled

******************************************

## Allegations Argument

1. The Plaintiff, acting on behalf of concerned citizens and in the name of We the People and future generations, asserts that the executive orders issued by the Defendant egregiously

undermine the core principles of our Constitution. This action amounts to a clear abuse of power and an alarming assertion of being above the law.

2. The Plaintiff contends that the executive orders have ignited a massive global trade war of unprecedented proportions, comparable to the most significant presidential actions in history.

3. The Plaintiff contends that the Department of Government Efficiency (DOGE) overstepped its legal authority in its efforts to dismantle various components of the government and civil service. This raises significant questions regarding the legality of such actions and their implications for governance and public service continuity. The Plaintiff argues that the actions taken by DOGE not only undermine established legal protocols but also threaten the foundational structure of civil administration.

4. The Plaintiff argues that the Defendant has betrayed the trust of the American people who elected him. The Plaintiff alleges that the Defendant's policies could make or break middle-class families' wallets. Changes in tax laws, trade policies, and social programs can either ease financial burdens or make it harder for families to save, invest, and afford everyday items. The Defendant has violated the trust of the American people who elected him.

5. The Plaintiff accuses the Defendant of committing deliberate genocide against the Palestinian people in Gaza, aiming to displace them to other countries in order to redevelop the area as the "Riviera of the Middle East" for the benefit of the State of Israel. The Defendant's actions are viewed as malevolent, with the intention of destabilizing the region and creating chaos.

6. The Plaintiff alleges that recent executive orders issue directives to the Department of Education and various other federal agencies to intensively scrutinize educational institutions for

perceived instances of "illegal discrimination and preferences," particularly concerning Diversity, Equity, and Inclusion (DEI) initiatives. This lawsuit, filed by the Democracy Forward Foundation, asserts that the policies promoted by former President Trump not only stifle open academic discourse but also pose significant threats to essential research efforts. These efforts include critical studies focusing on racial and ethnic health disparities, which are vital for understanding and addressing inequities in healthcare access and outcomes. The Plaintiff contends that Trump's legal framework seeks to penalize individuals and institutions that acknowledge or address the complex and often painful history of the United States, including topics such as enslavement, systemic racial exclusion, persistent health disparities among different communities, gender inequality, the treatment of individuals with disabilities, and various forms of discrimination. Moreover, the lawsuit argues that Trump's broader objective is to dismantle all existing diversity, equity, inclusion, and accessibility programs across educational institutions and beyond. This pursuit, according to the Plaintiff, infringes upon fundamental Constitutional rights and undermines the principles of equity and fairness that are essential to a just society.

7. The Plaintiff, as a concerned citizen, emphatically highlights an alarming crisis stemming from the relentless pace of policy decisions being made—so frenetic that even the president's office is unable to maintain oversight. This situation not only reflects the chaotic and destructive nature of the current administration but also poses a grave threat to democratic governance. Furthermore, it is utterly unacceptable that Musk is manipulating financial resources and exerting control over key decisions; such actions blatantly undermine the authority of the president, a leader elected by the citizens to represent their interests. This situation demands immediate scrutiny and action.

**8.** The Plaintiff asserts that the Trump Administration's extensive purges in the Department of Education and cuts to USAID, the National Oceanic and Atmospheric Administration, the National Weather Service, the CIA, and the FBI are illegal. Additionally, Elon Musk plays a significant role in these actions. The president has also improperly fired federal employees, including those in the Department of Justice, in pursuit of baseless claims that Democrats attempted to steal the election, without any evidence to support such accusations.

## Anlysis

**I.** The plaintiff firmly asserts that, following the events of January 20, 2025, the Defendant is intent on transforming the United States of America into a Republic governed by a King, effectively establishing a dictatorship reminiscent of Russia or Venezuela, thereby undermining the Constitution. The Defendant's ambitious agenda includes the conquest of Canada, Mexico, the Panama Canal, New Greenland, and ultimately, Palestine.

**II.** The Plaintiff's allegations demand a rigorous investigation and a thorough evaluation grounded in the evidence and facts presented. The Defendant is failing to operate under the essential principles of justice and fairness, neglecting to uphold the law and protect the rights of the American people. Furthermore, the Defendant is managed by individuals involved in hate crimes, systematically persecuting others while denying them their fundamental rights to due process.

**III.** The plaintiff is the author of the book **"Court vs. Pro se"** a true story at war for justice. (atwar4justice.com)

### *Synopsis of Trade War* (page 59)

After three wars (WWII in Europe, WWII in Japan, and the North/South Korea War) the

United States became the superpower in all sectors of the economy. In 1950-1960, baby boomers wanting to have a family created the biggest economic expansion in history: 100% US made. U.S. Companies wanted more (Money and Greed) in the 1960s, so we start exporting technology to Japan and South Korea due to cheap labor, without understanding the consequences. In the 1970/80s Japan and South Korea started competing with US companies by destroying the manufacturing of electronic products made in the USA, not to exclude the auto sector.

They prove that can make the same product better and cheaper than US manufacturers. In 1973, Motorola's Mr. Bob Galvin sold the TV business to the Japan-based Matsushita; parent company of Panasonic. Although millions of jobs were lost in the manufacturing sector, the consumer benefited from lower-priced goods. As labor cost increased, it was no longer cost effective to produce goods in these two countries and be competitive. Japan became the second economic superpower. In the 1980s, Mr. Bob Galvin from Motorola, as its visionary, realized that China was the next place to be due to an untapped labor market in the millions. Motorola was one of the first manufacturers to produce in China.

In the 35 years to date, all goods are made in China due to lower labor costs compared with U.S. workers. Goods produced in China are sold all over the world, benefiting consumers. China has become a superpower in manufacturing and is also becoming a leader in technology, surpassing the US. Today, our political leaders are screaming about unfair trade practice. However, what our politicians and President do not understand is that for years, US Companies have reported profits in billions based on products that are made in China and sold to the US consumer with high-profit margin. Any tariffs for goods made in China will hurt US consumers, and companies will pass the increased cost to the consumers. Our politicians are among the most highly educated individuals, mostly attorneys and so are our President's economic advisors.

These individuals went to school, their fathers and grandfathers went too, using the same books from 100 years ago. They failed to understand the dynamics of this fast-changing world, where we are moving to a global economy, one without borders, therefore tariffs, will deeply hurt consumers: the engine that keeps the world economy running. *The solution goes back to the start of commerce before money was invented. Then, it was called barter: exchange of goods or service without using the money. Today's economic barter can be re-invented by a simple balance of Import/Export formula. An example is that any country that export goods (in $) to the USA must import (in $) an equal amount of goods from the USA. This formula will create jobs worldwide, a better place for present and future generations.* (**Exh. "A"**)

## Conclusion

The Plaintiff firmly petitions this Court for a Restraining Order against the President of the United States, Mr. D. Trump, and the influential entrepreneur Elon Musk for their reckless conduct, which displays a shocking disregard for the severe damage and unrest they have inflicted on the world economy, ignited civil discord and paved the way for the possibility of civil war. Their policies are actively driving us toward the destruction of our Constitution, undermining our democracy, and jeopardizing the very foundation of our civilization.

**May we call upon divine protection for our Constitution, ensuring that Liberty and Justice prevail against the forces of Evil.**

## CERTIFICATE OF COMPLIANCE

The Appellant, Mr. Pinnavaria, as pro se, hereby certifies that this brief conforms to the requirements of Supreme Court Rule 341(a) and (b). The length of this brief, excluding the pages containing the Rule 341 (d) cover, the Rule 341 (h)(1) statement of points and authorities, the Rule 341 (c) certificate of compliance, the certificate of

service, and those matters to be appended to the brief under Rule 342(a), is 39 pages.

Supreme Court Rule 341(c).

Respectfully submitted,

*/s/ Carmelo Pinnavaria*

Carmen (Carmelo) Pinnavaria
Plaintiff    pro se

Carmen (Carmelo) Pinnavaria
142 Big Oaks Rd.
Trout Valley, Illinois, 60013
Cell: 847-533-0142
Email: carmelo0142@msn.com

*mouth and swallowed Pinocchio. In the Whale's stomach, Pinocchio saw Geppetto in his boat. "I was looking for you when the whale swallowed me up. I am so glad to have found you!" he said. They hugged each other in delight. "I shall be a good boy from now on," promised Pinocchio.*

*When the whale was asleep, they crept out of its huge mouth and sailed home. When they reached home, Geppetto fell ill. Pinocchio fed him hot soup and looked after him. "I will go to school and work hard so that I can earn lots of money," said Pinocchio. "You will never have to work again." So, Pinocchio studied hard in school. Then one day, a wonderful thing happened. The Blue Fairy appeared and said, "Pinocchio, you are brave and have a kind heart. You deserve to become a real boy." So she turned him into a little boy. Geppetto and Pinocchio lived together happily from then on.*

**Warning:** The above opinion is **ONLY** of the author and he accepts full responsibility.

## Synopsis of Trade War

After three wars (WWII in Europe, WWII in Japan, and the North/South Korea War) the United States became the superpower in all sectors of the economy. In 1950-1960, baby boomers wanting to have a family created the biggest economic expansion in history: 100% US made. U.S. Companies wanted more (Money and Greed) in the 1960s, so we start exporting technology to Japan and South Korea due to cheap labor, without understanding the consequences. In the 1970/80s Japan and South Korea started competing with US companies by destroying the manufacturing of electronic products made in the USA, not to exclude the auto sector.

They prove that can make the same product better and cheaper than US manufacturers. In 1973, Motorola's Mr. Bob Galvin sold the TV business to the Japan-based Matsushita; parent company of Panasonic. Although millions of jobs were lost in the manufacturing sector, the consumer benefited from lower-priced goods. As labor cost increased, it was no longer cost effective to produce goods in these two countries and be competitive. Japan became the second economic superpower. In the 1980s, Mr. Bob Galvin from Motorola, as its visionary, realized that China was the next place to be due to an untapped labor market in the millions. Motorola was one of the first manufacturers to produce in China.

In the 35 years to date, all goods are made in China due to lower labor costs compared with U.S. workers. Goods produced in China are sold all over the world, benefiting consumers. China has become a superpower in manufacturing and is also becoming a leader in technology, surpassing the US. Today, our political leaders are screaming about unfair trade practice. However, what our politicians and President do not understand is that for years, US Companies have reported profits in billions based on products that are made in China and sold to the US consumer with high-profit margin. Any tariffs for goods made in China will hurt US consumers, and companies will pass the increased cost to the consumers. Our politicians are among the most highly educated individuals, mostly attorneys and so are our President's economic advisors.

These individuals went to school, their fathers and grandfathers went too, using the same books from 100 years ago. They failed to understand the dynamics of this fast-changing world, where we are moving to a global economy, one without borders, therefore tariffs, will deeply hurt consumers: the engine that keeps the world economy running. The solution goes back to the start of commerce before money was invented. Then, it was called barter: exchange of goods or service without using the money. Today's economic barter can be re-invented by a simple balance of Import/Export formula. An example is that any country that export goods (in $) to the USA must import (in $) an equal amount of goods from the USA. This formula will create jobs worldwide, a better place for present and future generations.

