# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Carmen Carmelo Pinnavaria

                                      Plaintiff,

v.                                                                      Case No.: 1:25−cv−01368

                                                                          Honorable Lindsay C. Jenkins

D. Trump, et al.

                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 4, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiff's motion to withdraw his appeal must be directed and filed with the Seventh Circuit Court of Appeals. The Clerk of this Court is instructed to forward Plaintiff's motion to the Clerk of Court, United States Court of Appeals for the Seventh Circuit. The Clerk of this Court shall also terminate the pending motion [27] from this Court's docket. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.